VERIFIED RETURN OF SERVICE

UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF FLORIDA

CASE: 13-81271-CV-COHN/SELTZER

Clivens Goldman

vs.

HSBC Bank, USA, National Association
As Trustee For Jp Morgan Mortgage

21 DAYS SUMMONS AND AMENDED COMPLAINT
EXHIBIT "A-L"
CIVIL COVER SHEET

ATTORNEY: CLIVENS GOLDMAN
3277 LAGO DE TALAVERA
LAKE WORTH, FL 33467

I received this writ on Date **5/9/14** at Time **5:00 pm** and served same on **HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR JP MORGAN MORTGAGE TRUST 2007-A6, MORTGAGE PASS-THROUGH CERTIFICATES W/O** at, **1800 Tysons Blvd McLean, VA 22102** on Date_____ Time_____

[ ] **INDIVIDUAL:** By serving the within named defendant a copy to the above named document(s). F.S. 40.031

[ ] **SUBSTITUTE:** By serving a copy of the above named document(s) at the defendant usual place of abode on a person residing therein, to wit, _____ who is 15 years of age or older and informing the person of the contents.

[ ] **CORPORATE SERVICE:** By serving a copy of the above named document(s) to _____ as _____ or any employee of defendant corporation in the absence of any superior officer, FS 48.081 when defendant corp. does not keep a registered agent present. FS 48.091

[ ] **SERVICE BY ACCEPTANCE:** By serving a copy of the above named document(s) to _____ as _____, as the person designated by the above named defendant to receive same on his/her behalf.

[ ] **MILITARY STATUS:** To my best knowledge, information and belief the said defendant at the time of service was not engaged to the military service of the United States. defendant to receive same on his/her behalf.

[ ] **NO SERVICE:** For the reason that diligent search and inquiry failed to locate above named defendant / witness in _____ County, State of _____.

COMMENTS: On 5/12 my company "attorney Services" a process serving company based out of Miramar, FL sent this summons to one of our process servers in VA; "Absolut Process" located @ 2900 Fairfax Metro Lane, VA 22181. Per Karen this paper was already served, Verified ROS is in the mail. but she has no further info. at this time. We will submit service info. to the courts as it is rec'd.

Under penalties of perjury, I
declare that I have read the
forgoing document and that the facts
stated in it are true.
Date: _____

ATTORNEY SERVICES, INC.
3301 S.W. 137TH AVENUE
MIRAMAR, FL 33027
OFFICE (305) 829-2993

SCANNED

INDEX   245102